David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Rosalia F. Trucco,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK, NATIONAL ASSOCIATION, EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　　Defendants. | Case No. 2:15-cv-01844-APG-CWH<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES, LLC ONLY** |

Plaintiff Rosalia F. Trucco and Equifax Information Services, LLC hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice

…

…

…

…

…

…

in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Equifax Information Services, LLC**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:            December 28, 2015

By:

/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*

By:

/s/Bradley T. Austin, Esq.
Bradley T. Austin, Esq.
Snell & Wilmer, LLP
*Attorney for Defendant*

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: December 28, 2015